#2  Case 1:08-cv-00080 Document 2 Filed 01/04/2008 Page 1 of 1 

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
Org Portfolio Management LLC

**DEFENDANTS**
Urban Retail Properties, LLC

**(b)** County of Residence of First Listed Plaintiff: Cuyahoga
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)

**08CV80**
**JUDGE SHADUR**
**MAG. JUDGE KEYS**

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Peter Sonderby, Ulmer & Berne LLP
One N. Franklin St., Suite 1825
Chicago, Illinois 60606-3425
312-324-8007

**II. BASIS OF JURISDICTION**: [X] 4 Diversity

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (For Diversity Cases Only)
- Citizen of Another State: PTF [X] 2
- Incorporated or Principal Place of Business In This State: DEF [X] 4

**IV. NATURE OF SUIT**: [X] 190 Other Contract

**V. ORIGIN**: [X] 1 Original Proceeding

**VI. CAUSE OF ACTION**: Declaratory relief and monetary damages

**VIII. REQUESTED IN COMPLAINT**: DEMAND $ 20,000,000; JURY DEMAND: [X] Yes

**IX. This case** [X] is not a refiling of a previously dismissed action.

DATE: 1/4/07
SIGNATURE OF ATTORNEY OF RECORD: /s/ Peter R. Sonderby

FILED JAN 04 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT