

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

ORG PORTFOLIO MANAGEMENT, et al.
v.
URBAN RETAIL PROPERTIES, LLC., etc.

**08CV80**
# JUDGE SHADUR
# MAG. JUDGE KEYS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

ORG PORTFOLIO MANAGEMENT LLC and IRONWOOD REAL ESTATE, LLC

| | |
|---|---|
| NAME (Type or print)<br>Peter R. Sonderby | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Peter R Sonderby | |
| FIRM<br>Ulmer & Berne LLP | *FILED* |
| STREET ADDRESS<br>One N. Franklin St., Suite 1825 | JAN 0 4 2008    JAN - 4 2008 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606-3425 | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>2674653 | TELEPHONE NUMBER<br>312-324-8000 Direct: 312-324-8007 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐