

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORG PORTFOLIO MANAGEMENT LLC, an Ohio Limited Liability Company, and IRON WOOD REAL ESTATE, LLC. a Georgia Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>URBAN RETAIL PROPERTIES, LLC f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**08CV80**<br>**JUDGE SHADUR**<br>**MAG. JUDGE KEYS**<br>)<br>)<br>) |

**DISCLOSURE STATEMENT/NOTIFICATION OF AFFILIATES**
**PURSUANT TO FRCP 7.1 AND LOCAL RULE L3.2B**

Plaintiffs ORG PORTFOLIO MANAGEMENT, LLC and IRONWOOD REAL ESTATE LLC, have no parent corporations or publicly held affiliates as those terms are defined in the above-referenced rules.

Respectfully submitted,

**FILED**
JAN - 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JAN 0 4 2008

ORG PORTFOLIO MANAGEMENT, LLC
and IRONWOOD REAL ESTATE LLC

By: _____
Peter R. Sonderby
Kenneth F. Berg
Ulmer & Berne LLP
One N. Franklin St., Suite 1825
Chicago, Illinois 60611-3425
Firm: 312-324-8000 Direct: 312-324-8007

Of Counsel:
Jordan Berns
Paul M. Greenberger
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
216-831-8838

1682325v1