**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Org Portifolio Managment LLC, et al.
                                        Plaintiff,

v.                                      Case No.: 1:08−cv−00080
                                        Honorable Milton I. Shadur

Urban Retal Properties LLC
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

    MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Accordingly counsel for ORG and Ironwood are ordered to file an appropriate amendment to the Complaint providing the necessary information on or before January 18, 2008. Counsel are further ordered to transmit a copy of that pleading to Urban (or to its counsel, if known) so that Urban's responsive pleading can address the Complaint as amended.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.