```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION

ORG PORTFOLIO MANAGEMENT LLC,      )
et al.,                            )
                                   )
               Plaintiffs,         )
                                   )
     v.                            )    No.  08 C 80
                                   )
URBAN RETAIL PROPERTIES, LLC,      )
etc.,                              )
                                   )
               Defendant.          )
```

<u>MEMORANDUM ORDER</u>

Org Portfolio Management LLC ("ORG") and Ironwood Real

Estate, LLC ("Ironwood") have filed a Complaint against Urban

Retail Properties, LLC ("Urban"), invoking federal jurisdiction

on diversity of citizenship grounds.  This memorandum order is

issued sua sponte pursuant to this Court's obligation to police

the existence or nonexistence of subject matter jurisdiction

(<u>Wernsing v. Thompson</u>, 423 F.3d 732, 743 (7th Cir. 2005)).

All of the parties--ORG, Ironwood and Urban--are limited

liability companies.  Counsel for ORG and Ironwood, obviously

aware of the principle set out in such cases as <u>Wise v. Wachovia</u>

<u>Sec., LLC</u>, 450 F.3d 265, 267 (7th Cir. 2006), have gone beyond

the jurisdictionally irrelevant information as to the place of

formation and the location of the principal place of business of

each of the parties to speak of the citizenship of their

respective members.  But it won't do simply to state, as

Complaint ¶¶3, 4 and 6 do, the respective states of citizenship

of the members in general terms.  Instead counsel for ORG and

Ironwood must specifically identify the members (whether

individuals, corporations or perhaps themselves limited liability

companies) as well as their respective states of citizenship.[1]

Accordingly counsel for ORG and Ironwood are ordered to file

an appropriate amendment to the Complaint providing the necessary

information on or before January 18, 2008.  Counsel are further

ordered to transmit a copy of that pleading to Urban (or to its

counsel, if known) so that Urban's responsive pleading can

address the Complaint as amended.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 7, 2008

_____

[1]    As to Urban, Complaint ¶5 is stated only "[u]pon
information and belief."  Counsel is instead expected to exhaust
publicly available sources of information such as corporate
filings in an effort to get specific information as to Urban's
members, rather than simply asserting a belief as to states of
which those members are not believed to be citizens.