# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>ORG PORTFOLIO MANAGEMENT LLC, et al.<br>vs.<br>URBAN RETAIL PROPERTIES, LLC. | Case Number:<br>08 C 80<br>Judge Shadur |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

URBAN RETAIL PROPERTIES, LLC

| |
|---|
| NAME (Type or print)<br>H. Roderic Heard |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ *H. Roderic Heard* |
| FIRM<br>Wildman, Harrold, Allen & Dixon LLP |
| STREET ADDRESS<br>225 West Wacker Drive, Suite 2800 |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1167170 | TELEPHONE NUMBER<br>312-201-2623 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ] | NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X] | NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X] | NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ]

## CERTIFICATE OF SERVICE

I, David M. Simon, an attorney, state that on January 9, 2008, before 5:00 p.m., I caused copies of the Appearances of H. Roderic Heard and David M. Simon to be delivered by electronic filing to:

Peter Sonderby
Kenneth F. Berg
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3425


_____/s/ David M. Simon_____