**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Org Portifolio Managment LLC, et al.
                                        Plaintiff,

v.                                            Case No.: 1:08−cv−00080
                                                               Honorable Milton I. Shadur

Urban Retal Properties LLC
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, January 16, 2008:

      MINUTE entry before Judge Milton I. Shadur :At counsel's request the Status hearing is reset for 3/4/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.