IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORG PORTFOLIO MANAGEMENT LLC, an Ohio Limited Liability Company, and IRONWOOD REAL ESTATE, LLC. a Georgia Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>URBAN RETAIL PROPERTIES, LLC f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company,<br><br>    Defendants. | Case No. 08 C 80<br><br>Judge Shadur<br>Magistrate Judge Keys<br><br>**JURY DEMANDED** |

## NOTICE OF FILING

Pursuant to this Court's Order of January 7, 2008 ("Order"), Plaintiffs ORG Portfolio Management LLC and Ironwood Real Estate, LLC, file herewith their Supplemental Complaint for Declaratory Relief and Monetary Relief.

To address the concerns expressed by the Court in the Order, Plaintiffs have amended and supplemented Paragraphs 3, 4 and 5 of their original complaint by specifically identifying each of the members of Plaintiffs ORG and Ironwood and Defendant Urban, as well as providing their respective states of citizenship. The information regarding Urban (unavailable through public sources) was provided through the courtesy and cooperation of Urban's counsel.

As shown by these allegations of Paragraphs 3-5 of the Supplemental Complaint, the relevant states of citizenship for Plaintiffs' ORG and Ironwood are Ohio and Georgia and for Defendant Urban, the States of Illinois, Maryland and Pennsylvania.

As directed in the Court's Order, copies of the Supplemental Complaint, along with this Notice of Filing, have been transmitted to counsel for Urban so that Urban's responsive pleading can address the Complaint as amended and supplemented.

Respectfully submitted,

_____
Peter Sonderby
Kenneth F. Berg
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3425
Telephone: (312) 324-8000
Facsimile: (312) 324-8001
psonderby@ulmer.com
kberg@ulmer.com

*Attorneys for Plaintiffs*

Of Counsel:
Jordan Berns
(Ohio Supreme Court Registration No. 0047404)
Paul M. Greenberger
(Ohio Supreme Court Registration No. 0030736)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 831-8838
Facsimile: (216) 464-4489
jberns@bernsockner.com
pgreenberger@bernsockner.com

1684405v1
32613.00000

# CERTIFICATE OF SERVICE

I, Peter R. Sonderby, an attorney, depose and state that I caused the above and foregoing **Notice of Filing, Certificate of Service, and Supplemental Complaint for Declaratory Relief and Monetary Relief to be served upon;**

>H. Roderic Heard
>David M. Simon
>Wildman, Harrold, Allen & Dixon LLP
>225 West Wacker Drive, Suite 2800
>Chicago, Illinois 60606

via electronic filing and by addressing and mailing, a copy of same to the above listed on this 16th day of January 2008, from One North Franklin, Chicago, Illinois 60606 at or about 5:00 p.m.

s/ Peter R. Sonderby

_____
Peter R. Sonderby

1684427v1
32613.00000