IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **ORG PORTFOLIO MANAGEMENT LLC**, an Ohio Limited Liability Company, and **IRONWOOD REAL ESTATE, LLC**, a Georgia Limited Liability Company, | ) ) ) ) ) |
| **Plaintiffs,** | ) No. 08 C 80 |
| v. | ) Judge Shadur |
| **URBAN RETAIL PROPERTIES, LLC** f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company, | ) Magistrate Judge Keys ) ) |
| **Defendant.** | ) |

## MOTION TO DISMISS

Defendant respectfully moves the Court pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss plaintiffs' Supplemental Complaint. Plaintiffs seek a $20 million finder fee for introducing defendant, at a meeting in Chicago, to a prospective investor in a transaction "intended to result in the sale … of real estate," through the formation of a joint venture with defendant to purchase "shopping malls and/or other real estate assets." Neither plaintiff alleges, however, that it has an Illinois real estate broker's license. As set forth in defendant's memorandum in support, the Illinois Real Estate License Act bars payment of a finder fee to, and recovery of a finder fee by, an unlicensed person or entity for introducing a prospective investor in a transaction "intended to result in the sale … of real estate." The Real Estate License Act thus bars plaintiffs' claims and mandates the dismissal of their Supplemental Complaint.

Wherefore, defendant respectfully requests that the Court enter an order dismissing plaintiffs' Supplemental Complaint.

Respectfully submitted,

Urban Retail Properties, LLC

By:   /s/ David M. Simon
       One of its attorneys

H. Roderic Heard (Tel. No. (312) 201-2623) (Reg. No. 1167170)
David M. Simon (Reg. No. 6201941) (Tel. No. (312) 201-2618)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606