IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **ORG PORTFOLIO MANAGEMENT LLC**, an Ohio Limited Liability Company, and **IRONWOOD REAL ESTATE, LLC**, a Georgia Limited Liability Company, | ) ) ) ) ) | |
| **Plaintiffs**, | ) ) | No. 08 C 80 |
| v. | ) ) | Judge Shadur |
| **URBAN RETAIL PROPERTIES, LLC** f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company, | ) ) ) ) | Magistrate Judge Keys |
| **Defendant.** | ) ) | |

## NOTICE OF MOTION

Please take notice that on January 25, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur of the United States District Court for the Northern District of Illinois, Eastern Division, Courtroom 2303, at 219 South Dearborn Street, Chicago, Illinois, and shall then and there move the Court as set forth in Defendant's Motion to Dismiss.

Urban Retail Properties, LLC

By: __/s/ David M. Simon__
One of its attorneys

H. Roderic Heard (Tel. No. (312) 201-2623) (Reg. No. 1167170)
David M. Simon (Reg. No. 6201941) (Tel. No. (312) 201-2618)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606

2

## CERTIFICATE OF SERVICE

I, David M. Simon, an attorney, state that on January 23, 2008, before 4:00 p.m., I caused copies of this Notice of Motion, Defendant's Motion to Dismiss, and Defendant's Memorandum in Support of Its Motion to Dismiss to be delivered by electronic filing to:

Peter Sonderby
Kenneth F. Berg
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3425

_____/s/ David M. Simon__