IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORG PORTFOLIO MANAGEMENT LLC, an Ohio Limited Liability Company, and IRONWOOD REAL ESTATE, LLC. a Georgia Limited Liability Company,<br><br>Plaintiffs,<br><br>v.<br><br>URBAN RETAIL PROPERTIES, LLC f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company,<br><br>Defendants. | Case No. 08 C 80<br><br>Judge Shadur<br>Magistrate Judge Keys |

### NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   H. Roderic Heard
       David M. Simon
       Wildman, Harrold, Allen & Dixon LLP
       225 West Wacker Drive, Suite 2800
       Chicago, Illinois 60606

PLEASE TAKE NOTICE that we have this 15th day of February 2008, filed with the Clerk of the United States District Court, Northern District of Illinois, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois 60604, **Plaintiffs' Brief in Opposition to Motion to Dismiss**, a copy of which is herewith served upon you.

ORG PORTFOLIO MANAGEMENT LLC
AND IRONWOOD REAL ESTATE, LLC

By: s/ Peter R. Sonderby
_____
Peter R. Sonderby
Ulmer & Berne LLP
One North Franklin Street
Suite 1825
Chicago, Illinois 60606
312-324-8000
Direct:   312-324-8007
Fax:      312-324-8001

Jordan Berns
(Ohio Supreme Court Registration No. 0047404)
Paul M. Greenberger
(Ohio Supreme Court Registration No. 0030736)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 831-8838
Facsimile: (216) 464-4489
jberns@bernsockner.com
pgreenberger@bernsockner.com

1690488v1
32613.00000

## CERTIFICATE OF SERVICE

I, Peter R. Sonderby, an attorney, depose and state that I caused the above and foregoing **Notice of Filing and Certificate of Service and, Plaintiffs' Brief in Opposition to Motion to Dismiss** to be served upon:

> H. Roderic Heard
> David M. Simon
> Wildman, Harrold, Allen & Dixon LLP
> 225 West Wacker Drive, Suite 2800
> Chicago, Illinois 60606

via electronic filing and by addressing and mailing, a copy of same to the above listed on this 15th day of February 2008, from One North Franklin, Chicago, Illinois 60606 at or about 5:00 p.m.

s/ Peter R. Sonderby
_____
Peter R. Sonderby

1684427v1
32613.00000