IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ORG PORTFOLIO MANAGEMENT LLC, an Ohio Limited Liability Company, and IRONWOOD REAL ESTATE, LLC, a Georgia Limited Liability Company, ) ) ) ) ) | |
| Plaintiffs, ) ) | No. 08 C 80 |
| v. ) ) | Judge Shadur |
| URBAN RETAIL PROPERTIES, LLC f/k/a URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company, ) ) ) ) | Magistrate Judge Keys |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE
A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant respectfully moves the Court for leave to file the reply that is Exhibit A to this motion.

Plaintiffs' Brief in Opposition ignores *Thomas v. Daubs*, 291 Ill. App. 3d 682 (5th Dist. 1997), a more recent decision concerning the scope of the Real Estate License Act, and mischaracterizes the allegations in their Supplemental Complaint. Defendant requests leave to file the reply that is Exhibit A to this motion, to address these issues and other issues raised by the Brief in Opposition.

Wherefore, defendant respectfully requests that the Court enter an order granting defendant leave to file the reply that is Exhibit A to this motion.

Respectfully submitted,

Urban Retail Properties, LLC

By:   /s/ David M. Simon
      One of its attorneys

H. Roderic Heard (Tel. No. (312) 201-2623) (Reg. No. 1167170)
David M. Simon (Reg. No. 6201941) (Tel. No. (312) 201-2618)
Wildman, Harrold, Allen & Dixon LLP
225 West Wacker Drive
Chicago, Illinois 60606