IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ORG PORTFOLIO MANAGEMENT LLC, an Ohio Limited Liability Company, and IRONWOOD REAL ESTATE, LLC, a Georgia Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>URBAN RETAIL PROPERTIES, LLC fka URBAN RETAIL PROPERTIES CO., a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 08 C 80<br><br>Judge Shadur<br>Magistrate Judge Keys |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(i), Plaintiffs ORG Portfolio Management LLC and Ironwood Real Estate, LLC ("Plaintiffs") hereby dismiss this action without prejudice.

Respectfully submitted,

s/Peter R. Sonderby
Peter Sonderby
Kenneth F. Berg
Ulmer & Berne LLP
One North Franklin Street, Suite 1825
Chicago, Illinois 60606-3401
Telephone: (312) 324-8000
Facsimile: (312) 324-8001
psonderby@ulmer.com
kberg@ulmer.com

Jordan Berns
  (Ohio Supreme Court Registration No. 0047404)
Paul M. Greenberger
  (Ohio Supreme Court Registration No. 0030736)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 831-8838
Facsimile: (216) 464-4489
jberns@bernsockner.com
pgreenberger@bernsockner.com
*Attorneys for Plaintiffs*