IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

ORG PORTFOLIO MANAGEMENT LLC,   )
an Ohio Limited Liability Company, and   )
IRONWOOD REAL ESTATE, LLC, a   )
Georgia Limited Liability Company,   )
   )
       Plaintiffs,   )
   )
v.   )   Case No. 08 C 80
   )
URBAN RETAIL PROPERTIES, LLC   )   Judge Shadur
fka URBAN RETAIL PROPERTIES CO.,   )   Magistrate Judge Keys
a Delaware Limited Liability Company,   )
   )
       Defendant.   )

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

To:   H. Roderic Heard
      David M. Simon
      Wildman, Harrold, Allen & Dixon LLP
      225 West Wacker Drive, Suite 2800
      Chicago, Illinois 60606

PLEASE TAKE NOTICE that we have this 7th day of March 2008, filed with the Clerk of the United States District Court, Northern District of Illinois, Dirksen Federal Courthouse, 219 S. Dearborn, Chicago, Illinois 60604, **Plaintiff's Notice of Dismissal Without Prejudice**, a copy of which is herewith served upon you.

ORG PORTFOLIO MANAGEMENT LLC
AND IRONWOOD REAL ESTATE, LLC

By: /s/ Peter R. Sonderby
      Peter R. Sonderby
      Ulmer & Berne LLP
      One North Franklin Street
      Suite 1825
      Chicago, Illinois 60606-3401
      312-324-8000
      Direct: 312-324-8007
      Fax:    312-324-8001

Jordan Berns
 (Ohio Supreme Court Registration No. 0047404)
Paul M. Greenberger
 (Ohio Supreme Court Registration No. 0030736)
Berns, Ockner & Greenberger, LLC
3733 Park East Drive, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 831-8838
Facsimile: (216) 464-4489
jberns@bernsockner.com
pgreenberger@bernsockner.com

## CERTIFICATE OF SERVICE

I, Peter R. Sonderby, an attorney, depose and state that I caused the above and foregoing **Notice of Filing and Certificate of Service and Notice of Dismissal Without Prejudice** to be served upon:

> H. Roderic Heard
> David M. Simon
> Wildman, Harrold, Allen & Dixon LLP
> 225 West Wacker Drive, Suite 2800
> Chicago, Illinois 60606

via electronic filing and by addressing and mailing, a copy of same to the above listed on this 7th day of March 2008, from One North Franklin, Chicago, Illinois 60606 at or about 5:00 p.m.

s/ Peter R. Sonderby

_____

Peter R. Sonderby

1684427v1
32613.00000